UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CLAYTON PYLE**,

    **Plaintiff,**

v.

**UNITED DEBT HOLDINGS LLC**,

    **Defendants.**                    No. 13-cv-1346-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 14, 2014, this case is **DISMISSED** with prejudice.

        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**


        BY:    /s/*Caitlin Fischer*
                **Deputy Clerk**

Dated:   September 17, 2014

Digitally signed by David R. Herndon

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT